## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __✓__        Erie _____        Johnstown _____

Related to No. __U.S. v. Kristen Mealer (09-133)__ Judge __Schwab__
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY: 1. _____ Antitrust & Securities Fraud
          2. _____ Tax
          3. __✓__ General Criminal

Defendant's name:                __Andrew W. Rhodes__

Is Indictment waived:            __✓__ yes        _____ no

Pretrial Diversion:              _____ yes        __✓__ no

Juvenile proceeding:             _____ yes        __✓__ no

Defendant is:                    __✓__ Male       _____ Female

Superseding Indictment or
Information:                     _____ yes        __✓__ no

    Previous case number:        _____

If superseding, previous case was/will be:

    _____ Dismissed on defendant's motion
    _____ Dismissed on government's motion
    _____ After appellate action
    _____ Other (explain)

County in which first
offense cited occurred:          __Allegheny__

Previous proceedings before
Magistrate Judge:                _____

    Case No.:                    _____

    PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began:   _____

Defendant:                       _____ is in custody   __✓__ is not in custody

Name of Institution:             _____

Custody is on:                   _____ this charge     _____ another charge

                                                       _____ another conviction

                                                 _____ State    _____ Federal

| | |
|---|---|
| Detainer filed: | _____ yes _____ no |
| Date detainer filed: | _____ |
| Total defendants: | 1 |
| Total counts: | 1 |
| Data below applies to defendant No.: | 1 |
| Defendant's name: | Andrew W. Rhodes |

## SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE |
|---|---|---|
| 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute a quantity of anabolic steroids, Schedule III controlled substances in the forms of Testosterone, Methandrostenolone, Chlordehydromethyltestosterone, Boldenone Undecylenate, Methenolone Enanthate, Nandrolone Decanoate, Dromostanolone Propionate, Oxymetholone, Nandrolone Phenylpropionate and Oxandrolone. (FELONY) |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 5-11-09

Mary McKeen Houghton
Assistant U.S. Attorney
PA ID No. 31929